IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 22-CR-63-1 (ABB) |
| | : | |
| EONE DE SOUZA | | |

## ORDER

Upon independent review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, and the transcript of the guilty plea proceedings, it is ORDERED that the Report and Recommendation is APPROVED and ADOPTED. I accept the guilty plea of Eone De Souza entered on November 8, 2023. Sentence will be imposed on <u>February 27, 2024</u>, in Courtroom 7-B.

BY THE COURT:

s/ANITA B. BRODY, J.
_____
**HONORABLE ANITA B. BRODY**
*United States District Court Judge*
*Eastern District of Pennsylvania*